# United States Bankruptcy Court
## Southern District of Ohio

In re  **Carl Wilde Mackey, Jr.**  
　　　　　　　　　　　Debtor(s)

Case No.  
Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 17, 2020**　　　　　　　　　**/s/ Carl Wilde Mackey, Jr.**  
　　　　　　　　　　　　　　　　　　　　　　**Carl Wilde Mackey, Jr.**  
　　　　　　　　　　　　　　　　　　　　　　Signature of Debtor