```
Label Matrix for local noticing          Ace Cash                                 Aes/frn Slt
0648-2                                   327 w 4th Street                         Pob 61047
Case 2:20-bk-51518                       Hutchinson, KS 67501-4842                Harrisburg, PA 17106-1047
Southern District of Ohio
Columbus
Wed Mar 18 11:24:06 EDT 2020

Aes/njhighed                             Aes/pheaa                                Aes/pnc Bank
Pob 61047                                Pob 61047                                Pob 61047
Harrisburg, PA 17106-1047                Harrisburg, PA 17106-1047                Harrisburg, PA 17106-1047



Amer Fst Fin                             American First Finance                   Amsher Collection Serv
7330 W. 33rd Street                      P O Box 25101                            4524 Southlake Parkway
Wichita, KS 67205-9369                   2550 Cerrillos Road                      Hoover, AL 35244-3270
                                         Santa Fe, NM 87505-3260


Arnold Scott Harris PC, Bankruptcy Dept  Asset Acceptance LLC, Bankruptcy Dept.   Asst US Trustee (Col)
Chicago, IL 60604                        6330 Gulfton                             Office of the US Trustee
                                         Houston, TX 77081-1108                   170 North High Street
                                                                                  Suite 200
                                                                                  Columbus, OH 43215-2417

Bankruptcy Dept                          Bob Lane                                 CBE Group, Brankruptcy Dept.
1700 Kiefer Drive, Suite 1               2700 Ogden Avenue                        131 Tower, Park Dr., Ste 900
Zion, IL 60099-5105                      Downers Grove, IL 60515-1703             Waterloo, IA 50701-9589


Capital Recovery Systems                 Cash Net USA                             Cedar Financial
750 Cross Pointe Rd Ste S                200 W. Jackson Suite 1400                5230 Las Virgenes Road, Suite 210
Columbus, OH 43230-6693                  Chicago, IL 60606-6929                   Calabasas, CA 91302-3465


Check N Go                               City of Chicago Bureau of Parking        Clerk, First Mun Div, Bankruptcy Dept.
Bankruptcy Dept.                         Bankruptcy Dept/City Clerk               661 Glenn Ave
1208 E. McGalliard Road                  121 N. LaSalle Street                    Wheeling, IL 60090-6017
Muncie, IN 47303-2272                    Chicago, IL 60602-1242


Convergent Outsourcing                   (p)CREDIT ACCEPTANCE CORPORATION         Credit Protection Association, LP
800 SW 39th St                           25505 WEST 12 MILE ROAD                  P O Box 802068
Renton, WA 98057-4927                    SOUTHFIELD MI 48034-8316                 Dallas, TX 75380-2068


DeVry, Inc.                              Dupage County Courthouse                 Edfinancial/ed America
Bankruptcy Dept.                         505 N. County Farm Road                  120 N Seven Oaks Drive
One Tower Lane, Suite 1000               Wheaton, IL 60187-2518                   Knoxville, TN 37922-2359
Oakbrook Terrace, IL 60181-4624


Elmhurst Emergency Medicine              Elmhurst Memorial Hospital               Enhanced Recovery Company
Bankruptcy Dept                          Bankruptcy Dept.                         8014 Bayberry Road
900 Oakmont Lane, Suite 200              200 Berteau                              Jacksonville, FL 32256-7412
Westmont, IL 60559-5574                  Elmhurst, IL 60126
```

| | | |
|---|---|---|
| Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106-0610 | First Cash Advance<br>Bankruptcy Dept.<br>1916 E. 95th<br>Chicago, IL 60617-4787 | General Revenue Corp<br>4660 Duke Dr Ste 300<br>Mason, OH 45040-8466 |
| IC Systems<br>P.O.Box 64378<br>Saint Paul, MN 55164-0378 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Illinois Department of Revenue<br>Springfield, IL 62719-0001 |
| Illinois State Toll Highway Authority<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | Carl Wilde Mackey Jr.<br>PO Box 1917<br>Gambier, OH 43022-1917 | Midland Funding, LLC Bankruptcy Dept.<br>8875 Aero Drive, # 200<br>San Diego, CA 92123-2255 |
| National Credit Adjusters<br>327 W. 4th Ave.<br>Hutchinson, KS 67501-4842 | (p)NATIONAL CREDIT SYSTEMS<br>ATTN MELANIE MAYFIELD<br>3750 NATURALLY FRESH BLVD<br>ATLANTA GA 30349-2964 | PDL Recovery Services<br>7804 Fairwood Road<br>Charlotte, NC 28226 |
| Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 | People's Gas<br>P O Box 2968<br>Milwaukee, WI 53201-2968 | RJM Acquisition Funding LLC<br>575 Underhill Boulevard<br>Suite 224<br>Syosset, NY 11791-3416 |
| Sam Houston State University<br>1905 University Avenue<br>Huntsville, TX 77340 | Santander Consumer USA<br>PO BOX 961245<br>Fort Worth, TX 76161-0244 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Sterling Credit Corp<br>P O Box 675<br>Spring House, PA 19477-0675 | Swedish Covenant Hospital<br>Bankruptcy Dept.<br>7426 Solution Center<br>Chicago, IL 60677-7004 | System Credit/Bankruptcy Dept.<br>3 Lincoln Center, 4th Floor<br>Oak Brook, IL 60523 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TRV Family Medicine<br>2740 W. Foster<br>Chicago, IL 60625-3500 | Take Care Health<br>4165 30th Avenue South<br>Fargo, ND 58104-8419 |
| Target National Bank<br>3701 Wayzata Blvd<br>Minneapolis, MN 55416-3440 | Tawne D. Blackful<br>12840 S. Kirkwood Road, #214<br>Stafford, TX 77477-3829 | Univ Of Pa<br>3451 Walnut Street<br>Philadelphia, PA 19104-6205 |
| University of North Texas<br>1147 Union Circle<br>Denton, TX 76203 | University of Pennsylvania<br>100 Franklin Building<br>Philadelphia, PA 19104 | Waldent University<br>5230 Las Virgenes Rd<br>Calabasas, CA 91302-3448 |

| | | |
|---|---|---|
| Wells Fargo Bank<br>Bankruptcy Dept.<br>P O Box 30086<br>Los Angeles, CA 90030-0086 | Williams and Fudge<br>300 Chatham Avenue<br>Rock Hill, SC 29730-4986 | Clay L Woods<br>West Law Offices<br>195 E. Central Ave.<br>Springboro, OH 45066-1343 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Acceptance Corporation<br>25505 W. 12 mile Rd.<br>Southfield, MI 48034 | National Credit Systems<br>3750 Naturally Fresh Blvd<br>Atlanta, GA 30349-2964 | Sprint<br>Bankruptcy Dept.<br>P O Box 7949<br>Overland Park, KS 66207 |

T Mobile
PO Box 742596
Cincinnati, OH 45274

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Aes/pnc Natl City | End of Label Matrix<br>Mailable recipients   62<br>Bypassed recipients    1<br>Total                 63 |