| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:20-bk-51518<br>Southern District of Ohio<br>Columbus<br>Tue Mar 24 14:44:37 EDT 2020 | Ace Cash<br>327 w 4th Street<br>Hutchinson, KS 67501-4842 | Aes/frn Slt<br>Pob 61047<br>Harrisburg, PA 17106-1047 |
| Aes/njhighed<br>Pob 61047<br>Harrisburg, PA 17106-1047 | Aes/pheaa<br>Pob 61047<br>Harrisburg, PA 17106-1047 | Aes/pnc Bank<br>Pob 61047<br>Harrisburg, PA 17106-1047 |
| Amer Fst Fin<br>7330 W. 33rd Street<br>Wichita, KS 67205-9369 | American First Finance<br>P O Box 25101<br>2550 Cerrillos Road<br>Santa Fe, NM 87505-3260 | Amsher Collection Serv<br>4524 Southlake Parkway<br>Hoover, AL 35244-3270 |
| Arnold Scott Harris PC, Bankruptcy Dept<br>Chicago, IL 60604 | Asset Acceptance LLC, Bankruptcy Dept.<br>6330 Gulfton<br>Houston, TX 77081-1108 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Bankruptcy Dept<br>1700 Kiefer Drive, Suite 1<br>Zion, IL 60099-5105 | Bob Lane<br>2700 Ogden Avenue<br>Downers Grove, IL 60515-1703 | CBE Group, Brankruptcy Dept.<br>131 Tower, Park Dr., Ste 900<br>Waterloo, IA 50701-9589 |
| Capital Recovery Systems<br>750 Cross Pointe Rd Ste S<br>Columbus, OH 43230-6693 | Cash Net USA<br>200 W. Jackson Suite 1400<br>Chicago, IL 60606-6929 | Cedar Financial<br>5230 Las Virgenes Road, Suite 210<br>Calabasas, CA 91302-3465 |
| Check N Go<br>Bankruptcy Dept.<br>1208 E. McGalliard Road<br>Muncie, IN 47303-2272 | City of Chicago Bureau of Parking<br>Bankruptcy Dept/City Clerk<br>121 N. LaSalle Street<br>Chicago, IL 60602-1242 | Clerk, First Mun Div, Bankruptcy Dept.<br>661 Glenn Ave<br>Wheeling, IL 60090-6017 |
| Convergent Outsourcing<br>800 SW 39th St<br>Renton, WA 98057-4927 | (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | Credit Protection Association, LP<br>P O Box 802068<br>Dallas, TX 75380-2068 |
| DeVry University<br>1200 E Diehl Rd<br>Naperville, IL 60563-9347 | DeVry, Inc.<br>Bankruptcy Dept.<br>One Tower Lane, Suite 1000<br>Oakbrook Terrace, IL 60181-4624 | Dupage County Courthouse<br>505 N. County Farm Road<br>Wheaton, IL 60187-2518 |
| Edfinancial/ed America<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Elmhurst Emergency Medicine<br>Bankruptcy Dept<br>900 Oakmont Lane, Suite 200<br>Westmont, IL 60559-5574 | Elmhurst Memorial Hospital<br>Bankruptcy Dept.<br>200 Berteau<br>Elmhurst, IL 60126 |

| | | |
|---|---|---|
| Enhanced Recovery Company<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106-0610 | First Cash Advance<br>Bankruptcy Dept.<br>1916 E. 95th<br>Chicago, IL 60617-4787 |
| General Revenue Corp<br>4660 Duke Dr Ste 300<br>Mason, OH 45040-8466 | IC Systems<br>P.O.Box 64378<br>Saint Paul, MN 55164-0378 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Illinois Department of Revenue<br>Springfield, IL 62719-0001 | Illinois State Toll Highway Authority<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | Carl Wilde Mackey Jr.<br>PO Box 1917<br>Gambier, OH 43022-1917 |
| Midland Funding, LLC Bankruptcy Dept.<br>8875 Aero Drive, # 200<br>San Diego, CA 92123-2255 | National Credit Adjusters<br>327 W. 4th Ave.<br>Hutchinson, KS 67501-4842 | (p)NATIONAL CREDIT SYSTEMS<br>ATTN MELANIE MAYFIELD<br>3750 NATURALLY FRESH BLVD<br>ATLANTA GA 30349-2964 |
| PDL Recovery Services<br>7804 Fairwood Road<br>Charlotte, NC 28226 | Frank M Pees<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 | People's Gas<br>P O Box 2968<br>Milwaukee, WI 53201-2968 |
| RJM Acquisition Funding LLC<br>575 Underhill Boulevard<br>Suite 224<br>Syosset, NY 11791-3416 | Sam Houston State University<br>1905 University Avenue<br>Huntsville, TX 77340 | Santander Consumer USA<br>PO BOX 961245<br>Fort Worth, TX 76161-0244 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sterling Credit Corp<br>P O Box 675<br>Spring House, PA 19477-0675 | Swedish Covenant Hospital<br>Bankruptcy Dept.<br>7426 Solution Center<br>Chicago, IL 60677-7004 |
| System Credit/Bankruptcy Dept.<br>3 Lincoln Center, 4th Floor<br>Oak Brook, IL 60523 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | TRV Family Medicine<br>2740 W. Foster<br>Chicago, IL 60625-3500 |
| Take Care Health<br>4165 30th Avenue South<br>Fargo, ND 58104-8419 | Target National Bank<br>3701 Wayzata Blvd<br>Minneapolis, MN 55416-3440 | Tawne D. Blackful<br>12840 S. Kirkwood Road, #214<br>Stafford, TX 77477-3829 |
| Univ Of Pa<br>3451 Walnut Street<br>Philadelphia, PA 19104-6205 | University of North Texas<br>1147 Union Circle<br>Denton, TX 76203 | University of Pennsylvania<br>100 Franklin Building<br>Philadelphia, PA 19104 |

| | | |
|---|---|---|
| Waldent University<br>5230 Las Virgenes Rd<br>Calabasas, CA 91302-3448 | Wells Fargo Bank<br>Bankruptcy Dept.<br>P O Box 30086<br>Los Angeles, CA 90030-0086 | Williams and Fudge<br>300 Chatham Avenue<br>Rock Hill, SC 29730-4986 |

Clay L Woods
West Law Offices
195 E. Central Ave.
Springboro, OH 45066-1343

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Acceptance Corporation<br>25505 W. 12 mile Rd.<br>Southfield, MI 48034 | National Credit Systems<br>3750 Naturally Fresh Blvd<br>Atlanta, GA 30349-2964 | Sprint<br>Bankruptcy Dept.<br>P O Box 7949<br>Overland Park, KS 66207 |

T Mobile
PO Box 742596
Cincinnati, OH 45274

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aes/pnc Natl City

End of Label Matrix
Mailable recipients    63
Bypassed recipients     1
Total                  64