**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: April 6, 2020**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | | |
| Carl Wilde Mackey, Jr. | * | Case No.  20-51518 |
| | * | Chapter 13 |
| Debtor(s) | * | Judge C. Kathryn Preston |

**ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY (DOC. 8)**

Presently before the Court is a motion to extend the automatic stay ("Motion") pursuant to 11 U.S.C. § 362(c)(3). See Doc. 8.  The Motion has been served on all creditors and interested parties.  No responses to the Motion have been filed.

WEST LAW OFFICE
195 E. CENTRAL AVE.· Springboro, Ohio 45066 · Tel: 937/601-0401

After review of the relevant pleadings in this case, the Court finds that the applicable burden of proof has been satisfied. Aside from any evidence submitted with the Motion, the statements in both the petition and the chapter 13 plan, made under the penalty of perjury, provide an evidentiary basis to grant the relief requested.

Accordingly, the Motion is hereby GRANTED. The automatic stay is continued as to all Creditors. The Automatic Stay shall remain in effect for the duration of the case or until a request for relief shall be obtained by a party in interest or until the case is dismissed, discharged, or by further order of the Court.

IT IS SO ORDERED.

Copies to:

All creditors and parties in interest