UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: : Case No. 20-51518

Carl Wilde Mackey, Jr.

: Chapter 13

*Debtor* : Judge Preston

## AMENDED SCHEDULE J

Debtor submits the attached Amended Schedule J to explain the storage expense.

Respectfully Submitted,

/s/ Clay L. Woods, Esq.
Attorney for Debtor(s)
**RICHARD E. WEST, CO., LPA**
Richard E. West, Esq. (0033319)
Stephen J. Malkiewicz, Esq. (0078836)
Clay L. Woods, Esq. (0078012)
Melanie L. Reitz, Esq. (0078852)
Central Office & Mailing Address
195 East Central Avenue
Springboro, Ohio 45066
bknotice@debtfreeohio.com
Phone: 937-601-0401
Fax: 937-552-2138

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **AMENDED SCHEDULE J** was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on **June 11, 2020** addressed to:

Carl W. Mackey, Jr.
102 Gaskin Street, #1
Gambier, OH 43022


All Creditors on the attached Matrix


                              /s/ Clay L. Woods, Esq.
                              Clay L. Woods, Esq.