```
Label Matrix for local noticing        AT&T Corp                              Ace Cash
0648-2                                 % AT&T Services, Inc.                  327 w 4th Street
Case 2:20-bk-51518                     Karen Cavagnaro, Esq.                  Hutchinson, KS 67501-4842
Southern District of Ohio              One AT&T Way, Suite 3A104
Columbus                               Bedminster, NJ 07921-2693
Thu Jun 11 09:18:45 EDT 2020

Aes/frn Slt                            Aes/njighed                            Aes/pheaa
Pob 61047                              Pob 61047                              Pob 61047
Harrisburg, PA 17106-1047              Harrisburg, PA 17106-1047              Harrisburg, PA 17106-1047


Aes/pnc Bank                           Amer Fst Fin                           American First Finance
Pob 61047                              7330 W. 33rd Street                    P O Box 25101
Harrisburg, PA 17106-1047              Wichita, KS 67205-9369                 2550 Cerrillos Road
                                                                              Santa Fe, NM 87505-3260


American First Finance                 Amsher Collection Serv                 Arnold Scott Harris PC, Bankruptcy Dept
c/o Becket and Lee LLP                 4524 Southlake Parkway                 Chicago, IL 60604
PO Box 3002                            Hoover, AL 35244-3270
Malvern PA 19355-0702


Asset Acceptance LLC, Bankruptcy Dept. Asst US Trustee (Col)                  Bankruptcy Dept
6330 Gulfton                           Office of the US Trustee               1700 Kiefer Drive, Suite 1
Houston, TX 77081-1108                 170 North High Street                  Zion, IL 60099-5105
                                       Suite 200
                                       Columbus, OH 43215-2417


Bob Lane                               CBE Group, Brankruptcy Dept.           Capital Recovery Systems
2700 Ogden Avenue                      131 Tower, Park Dr., Ste 900           750 Cross Pointe Rd Ste S
Downers Grove, IL 60515-1703           Waterloo, IA 50701-9589                Columbus, OH 43230-6693


Cash Net USA                           Cedar Financial                        Check N Go
200 W. Jackson Suite 1400              5230 Las Virgenes Road, Suite 210      Bankruptcy Dept.
Chicago, IL 60606-6929                 Calabasas, CA 91302-3465               1208 E. McGalliard Road
                                                                              Muncie, IN 47303-2272


City of Chicago Bureau of Parking      Clerk, First Mun Div, Bankruptcy Dept. Convergent Outsourcing
Bankruptcy Dept/City Clerk             661 Glenn Ave                          800 SW 39th St
121 N. LaSalle Street                  Wheeling, IL 60090-6017                Renton, WA 98057-4927
Chicago, IL 60602-1242


(p)CREDIT ACCEPTANCE CORPORATION       Credit Protection Association, LP      DeVry University
25505 WEST 12 MILE ROAD                P O Box 802068                         1200 E Diehl Rd
SOUTHFIELD MI 48034-8316               Dallas, TX 75380-2068                  Naperville, IL 60563-9347


DeVry, Inc.                            Dupage County Courthouse               Edfinancial/ed America
Bankruptcy Dept.                       505 N. County Farm Road                120 N Seven Oaks Drive
One Tower Lane, Suite 1000             Wheaton, IL 60187-2518                 Knoxville, TN 37922-2359
Oakbrook Terrace, IL 60181-4624
```

| | | |
|---|---|---|
| Elmhurst Emergency Medicine<br>Bankruptcy Dept<br>900 Oakmont Lane, Suite 200<br>Westmont, IL 60559-5574 | Elmhurst Memorial Hospital<br>Bankruptcy Dept.<br>200 Berteau<br>Elmhurst, IL 60126 | Interim Faye English<br>130 East Wilson Bridge Road<br>Suite 200<br>Worthington, OH 43085-2391 |
| Enhanced Recovery Company<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA 17106-0610 | First Cash Advance<br>Bankruptcy Dept.<br>1916 E. 95th<br>Chicago, IL 60617-4787 |
| General Revenue Corp<br>4660 Duke Dr Ste 300<br>Mason, OH 45040-8466 | IC Systems<br>P.O.Box 64378<br>Saint Paul, MN 55164-0378 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Illinois Department of Revenue<br>Springfield, IL 62719-0001 | Illinois State Toll Highway Authority<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | Carl Wilde Mackey Jr.<br>PO Box 1917<br>Gambier, OH 43022-1917 |
| Midland Funding, LLC Bankruptcy Dept.<br>8875 Aero Drive, # 200<br>San Diego, CA 92123-2255 | NJHESAA<br>c/o ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 | National Credit Adjusters<br>327 W. 4th Ave.<br>Hutchinson, KS 67501-4842 |
| (p)NATIONAL CREDIT SYSTEMS<br>ATTN MELANIE MAYFIELD<br>3750 NATURALLY FRESH BLVD<br>ATLANTA GA 30349-2964 | PDL Recovery Services<br>7804 Fairwood Road<br>Charlotte, NC 28226 | PHEAA SECONDARY MKT<br>c/o ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 |
| PNC BANK<br>c/o ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 | People's Gas<br>P O Box 2968<br>Milwaukee, WI 53201-2968 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219-2553 |
| RJM Acquisition Funding LLC<br>575 Underhill Boulevard<br>Suite 224<br>Syosset, NY 11791-3416 | Sam Houston State University<br>1905 University Avenue<br>Huntsville, TX 77340 | Santander Consumer USA<br>PO BOX 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Sterling Credit Corp<br>P O Box 675<br>Spring House, PA 19477-0675 |
| Swedish Covenant Hospital<br>Bankruptcy Dept.<br>7426 Solution Center<br>Chicago, IL 60677-7004 | System Credit/Bankruptcy Dept.<br>3 Lincoln Center, 4th Floor<br>Oak Brook, IL 60523 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |

```
TRV Family Medicine              Take Care Health                 Target National Bank
2740 W. Foster                   4165 30th Avenue South           3701 Wayzata Blvd
Chicago, IL 60625-3500           Fargo, ND 58104-8419             Minneapolis, MN 55416-3440


Tawne D. Blackful                Univ Of Pa                       University of North Texas
12840 S. Kirkwood Road, #214     3451 Walnut Street               1147 Union Circle
Stafford, TX 77477-3829          Philadelphia, PA 19104-6205      Denton, TX 76203


University of Pennsylvania       Waldent University               Wells Fargo Bank
100 Franklin Building            5230 Las Virgenes Rd             Bankruptcy Dept.
Philadelphia, PA 19104           Calabasas, CA 91302-3448         P O Box 30086
                                                                  Los Angeles, CA 90030-0086


Williams and Fudge               Clay L Woods
300 Chatham Avenue               West Law Offices
Rock Hill, SC 29730-4986         195 E. Central Ave.
                                 Springboro, OH 45066-1343
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Credit Acceptance Corporation    National Credit Systems          Sprint
25505 W. 12 mile Rd.             3750 Naturally Fresh Blvd        Bankruptcy Dept.
Southfield, MI 48034             Atlanta, GA 30349-2964           P O Box 7949
                                                                  Overland Park, KS 66207


T Mobile
PO Box 742596
Cincinnati, OH 45274
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Aes/pnc Natl City             End of Label Matrix
                                 Mailable recipients    70
                                 Bypassed recipients     1
                                 Total                  71
```