**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Carl Wilde Mackey Jr. | : | CASE NO: 20-51518 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

## NOTICE OF INTENTION
## TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Edward A Bailey, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00006 | Ace Cash<br>327 w 4th Street<br>Hutchinson, KS  67504 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00007 | Aes/frn Slt<br>Pob 61047<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00008 | Aes/frn Slt<br>Pob 61047<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00010 | Aes/njhighed<br>Pob 61047<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00012 | Aes/pheaa<br>Pob 61047<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00014 | AES/PNC Bank<br>POB 61047<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00015 | Aes/pnc Natl City<br>, | Not filed | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00016 | Aes/pnc Natl City<br>, | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00017 | Amer Fst Fin<br>7330 W. 33rd Street<br>Wichita, KS  67205 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00018 | American First Finance<br>c/o Becket & Lee LLP<br>PO Box 3002<br>Malvern, PA  19355-0701 | 455.06 | 0.00 % | 0.00 % | Unsecured |
| 00019 | AT&T Services<br>Karen Cavagnaro<br>One AT&T Way Room 3A104<br>Bedminster, NJ  07921-2693 | 818.37 | 0.00 % | 0.00 % | Unsecured |
| 00020 | Bankruptcy Dept<br>1700 Kiefer Drive, Suite 1<br>Zion, IL  60099 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00021 | Bob Lane<br>2700 Ogden Avenue<br>Downers Grove, IL  60515 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00022 | CAPITAL RECOVERY SYSTEMS<br>750 CROSS POINTE RD STE S<br>COLUMBUS, OH  43230 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00023 | Cash Net USA<br>200 W. Jackson Suite 1400<br>Chicago, IL  60606-6941 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00024 | CBE Group, Brankruptcy Dept.<br>131 Tower, Park Dr., Ste 900<br>Waterloo, IA  50704 | Not filed | 100.00 % | 0.00 % | Notice Only |
| 00025 | Cedar Financial<br>5230 Las Virgenes Road, Suite 210<br>Calabasas, CA  91302 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00026 | Check N Go<br>Bankruptcy Dept.<br>1208 E. McGalliard Road<br>Muncie, IN  47303 | Not filed | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00002 | City of Chicago Bureau of Parking<br>Bankruptcy Dept/City Clerk<br>121 N. LaSalle Street<br>Chicago, IL  60602 | Not filed | 100.00 % | 0.00 % | Priority (new) |
| 00027 | Convergent Outsourcing<br>800 SW 39th St<br>Renton, WA  98057 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00001 | CREDIT ACCEPTANCE CORP<br>25505 W 12 MILE RD STE 3000<br>SOUTHFIELD, MI  48034-8339 | 20,968.87 | 100.00 % | 6.75 % | Secured-PMSI |
| 00028 | Credit Protection Association, LP<br>P O Box 802068<br>Dallas, TX  75380-2068 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00029 | Devry University Inc<br>1200 E Diehl Rd<br>Naperville, IL  60563 | 385.35 | 0.00 % | 0.00 % | Unsecured |
| 00003 | Dupage County Courthouse<br>505 N. County Farm Road<br>Wheaton, IL  60187 | Not filed | 100.00 % | 0.00 % | Priority (new) |
| 00009 | ECMC<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | 38,671.42 | 0.00 % | 0.00 % | Unsecured |
| 00011 | ECMC<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | 38,390.89 | 0.00 % | 0.00 % | Unsecured |
| 00013 | ECMC<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | 11,152.52 | 0.00 % | 0.00 % | Unsecured |
| 00030 | Edfinancial/ed America<br>120 N Seven Oaks Drive<br>Knoxville, TN  37922 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00031 | Edfinancial/ed America<br>120 N Seven Oaks Drive<br>Knoxville, TN  37922 | Not filed | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00032 | Edfinancial/ed America<br>120 N Seven Oaks Drive<br>Knoxville, TN  37922 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00033 | Elmhurst Emergency Medicine<br>Bankruptcy Dept<br>900 Oakmont Lane, Suite 200<br>Westmont, IL  60559 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00034 | Elmhurst Memorial Hospital<br>Bankruptcy Dept.<br>200 Berteau<br>Elmhurst, IL  60126 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00035 | ENHANCED RECOVERY COMPANY<br>8014 BAYBERRY ROAD<br>JACKSONVILLE, FL  32256 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00036 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00037 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00038 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00039 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00040 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00041 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00042 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00043 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00044 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00045 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00046 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00047 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00048 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00049 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00050 | Fed Loan Serv<br>Pob 60610<br>Harrisburg, PA  17106 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00051 | First Cash Advance<br>Bankruptcy Dept.<br>1916 E. 95th<br>Chicago, IL  60617 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00052 | General Revenue Corp<br>4660 Duke Dr Ste 300<br>Mason, OH  45040 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00053 | IC Systems<br>P.O.Box 64378<br>Saint Paul, MN  55164 | Not filed | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00054 | Illinois State Toll Highway Authority<br>2700 Ogden Ave<br>Downers Grove, IL 60515-1703 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00078 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101 | 450.66 | 0.00 % | 0.00 % | Unsecured |
| 00005 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101 | 2,563.55 | 100.00 % | 0.00 % | Priority (new) |
| 00055 | Midland Funding, LLC Bankruptcy Dept.<br>8875 Aero Drive, &#035; 200<br>San Diego, CA 92123 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00056 | National Credit Adjusters<br>327 W. 4th Ave.<br>Hutchinson, KS 67501 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00057 | National Credit Systems<br>3750 Naturally Fresh Blvd<br>Atlanta, GA 30349-2964 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00058 | PDL Recovery Services<br>7804 Fairwood Road<br>Charlotte, NC 28226 | Not filed | 100.00 % | 0.00 % | Notice Only |
| 00059 | People&#039;s Gas<br>P O Box 2968<br>Milwaukee, WI 53201-2968 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00079 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell, NY 14219 | 350.00 | 0.00 % | 0.00 % | Unsecured |
| 00060 | RJM Acquisition Funding LLC<br>575 Underhill Boulevard<br>Suite 224<br>Syosset, NY 11791-3416 | Not filed | 100.00 % | 0.00 % | Notice Only |
| 00061 | Sam Houston State University<br>1905 University Avenue<br>Huntsville, TX 77340 | Not filed | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00062 | SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS, TX  75356-0284 | Surrendered | 0.00 % | 0.00 % | Unsecured |
| 00063 | Sprint<br>Bankruptcy Dept.<br>P O Box 7949<br>Overland Park, KS  66207 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00080 | STATE OF ILLINOIS<br>PO BOX 19035<br>SPRINGFIELD, IL  62794-9035 | 87.12 | 0.00 % | 0.00 % | Unsecured |
| 00004 | STATE OF ILLINOIS<br>PO BOX 19035<br>SPRINGFIELD, IL  62794-9035 | 761.01 | 100.00 % | 0.00 % | Priority (new) |
| 00064 | Sterling Credit Corp<br>P O Box 675<br>Spring House, PA  19477 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00065 | Swedish Covenant Hospital<br>Bankruptcy Dept.<br>7426 Solution Center<br>Chicago, IL  60677 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00066 | System Credit/Bankruptcy Dept.<br>3 Lincoln Center, 4th Floor<br>Oak Brook, IL  60523 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00067 | T Mobile<br>PO Box 742596<br>Cincinnati, OH  45274 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00068 | Take Care Health<br>4165 30th Avenue South<br>Fargo, ND  58104 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00069 | Target National Bank<br>3701 Wayzata Blvd<br>Minneapolis, MN  55416 | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00070 | TRV Family Medicine<br>2740 W. Foster<br>Chicago, IL  60625 | Not filed | 0.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|---|
| 00071 | Univ Of Pa<br>3451 Walnut Street<br>Philadelphia, PA  19104 | | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00072 | Univ Of Pa<br>3451 Walnut Street<br>Philadelphia, PA  19104 | | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00073 | University of North Texas<br>1147 Union Circle<br>Denton, TX  76203 | | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00074 | University of Pennsylvania<br>100 Franklin Building<br>Philadelphia, PA  19104 | | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00075 | Waldent University<br>5230 Las Virgenes Rd<br>Calabasas, CA  91302 | | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00076 | Wells Fargo Bank<br>Bankruptcy Dept.<br>P O Box 30086<br>Los Angeles, CA  90030-0086 | | Not filed | 0.00 % | 0.00 % | Unsecured |
| 00077 | Williams and Fudge<br>300 Chatham Avenue<br>Rock Hill, SC  29730 | | Not filed | 0.00 % | 0.00 % | Unsecured |
| | | TOTAL | 115,054.82 | | | |
| 00000 | Clay L Woods<br>West Law Offices<br>195 E. Central Ave.<br>Springboro, OH  45066 | | 3,560.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: November 18, 2020

/s/Edward A Bailey
EDWARD A BAILEY TRUSTEE
130 E WILSON BRIDGE RD
SUITE 200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Carl Wilde Mackey Jr. | : | CASE NO: 20-51518 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Intention to Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email addresss registered with the Court and (ii) by **ordinary U.S. Mail** on November 18, 2020 addressed to:

Carl Wilde Mackey Jr.
C/O Residence Life
200 W Ward St
Springfield, OH  45504

**See Creditor Matrix Attached**

/s/Edward A Bailey
EDWARD A BAILEY TRUSTEE
130 E WILSON BRIDGE RD
SUITE 200
WORTHINGTON, OH  43085-6300
(614)436-6700

Case 2:20-bk-51518   Doc 42   Filed 11/18/20   Entered 11/18/20 09:55:38   Desc
Page 10 of 11

Santander Consumer USA
PO BOX 961245
Fort Worth, TX  761611245

Capital Recovery Systems
750 Cross Pointe Rd Ste S
Columbus, OH  432300000

National Credit Systems
3750 Naturally Fresh Blvd
Atlanta, GA  303492964

Aes/njhighed
Pob 61047
Harrisburg, PA  171060000

Amer Fst Fin
7330 W. 33rd Street
Wichita, KS  672050000

Swedish Covenant Hospital
Bankruptcy Dept.
7426 Solution Center
Chicago, IL  606770000

Credit Acceptance Corporation
25505 W. 12 mile Rd.
Southfield, MI  480340000

Illinois State Toll Highway Authority
2700 Ogden Ave
Downers Grove, IL  605151703

American First Finance
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA  193550702

Target National Bank
3701 Wayzata Blvd
Minneapolis, MN  554160000

Bankruptcy Dept
1700 Kiefer Drive, Suite 1
Zion, IL  600990000

Tawne D. Blackful
12840 S. Kirkwood Road, &#035;214
Stafford, TX  774770000

Amsher Collection Serv
4524 Southlake Parkway
Hoover, AL  352440000

First Cash Advance
Bankruptcy Dept.
1916 E. 95th
Chicago, IL  606170000

Asset Acceptance LLC, Bankruptcy Dept.
6330 Gulfton
Houston, TX  770810000

DeVry University
1200 E Diehl Rd
Naperville, IL  605630000

Clerk, First Mun Div, Bankruptcy Dept.
661 Glenn Ave
Wheeling, IL  600900000

Edfinancial/ed America
120 N Seven Oaks Drive
Knoxville, TN  379220000

City of Chicago Bureau of Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle Street
Chicago, IL  606020000

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL  627949035

CBE Group, Brankruptcy Dept.
131 Tower, Park Dr., Ste 900
Waterloo, IA  507040000

Take Care Health
4165 30th Avenue South
Fargo, ND  581040000

American First Finance
P O Box 25101
2550 Cerrillos Road
Santa Fe, NM  875040000

Pinnacle Service Solutions LLC
4408 Milestrip Rd &#035;247
Blasdell, NY  142190000

PDL Recovery Services
7804 Fairwood Road
Charlotte, NC  282260000

T Mobile
PO Box 742596
Cincinnati, OH  452740000

Carl Wilde Mackey Jr.
C/O Residence Life
200 W. Ward St.
Springfield, OH  455040000

Credit Protection Association, LP
P O Box 802068
Dallas, TX  753802068

People's Gas
P O Box 2968
Milwaukee, WI  532012968

Fed Loan Serv
Pob 60610
Harrisburg, PA  171060000

University of Pennsylvania
100 Franklin Building
Philadelphia, PA  191040000

Elmhurst Emergency Medicine
Bankruptcy Dept
900 Oakmont Lane, Suite 200
Westmont, IL  605590000

Elmhurst Memorial Hospital
Bankruptcy Dept.
200 Berteau
Elmhurst, IL  601260000

PNC BANK
c/o ECMC
PO BOX 16408
St Paul, MN  551160000

PHEAA SECONDARY MKT
c/o ECMC
PO BOX 16408
St Paul, MN  551160000

NJHESAA
c/o ECMC
PO BOX 16408
St Paul, MN  551160000

Aes/pheaa
Pob 61047
Harrisburg, PA  171060000

Univ Of Pa
3451 Walnut Street
Philadelphia, PA  191040000

Wells Fargo Bank
Bankruptcy Dept.
P O Box 30086
Los Angeles, CA  900300086

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL  322560000

Convergent Outsourcing
800 SW 39th St
Renton, WA  980570000

System Credit/Bankruptcy Dept.
3 Lincoln Center, 4th Floor
Oak Brook, IL  605230000

RJM Acquisition Funding LLC
575 Underhill Boulevard
Suite 224
Syosset, NY  117913416

Aes/pnc Bank
Pob 61047
Harrisburg, PA  171060000

University of North Texas
1147 Union Circle
Denton, TX  762030000

General Revenue Corp
4660 Duke Dr Ste 300
Mason, OH  450400000

Sam Houston State University
1905 University Avenue
Huntsville, TX  773400000

Check N Go
Bankruptcy Dept.
1208 E. McGalliard Road
Muncie, IN  473030000

TRV Family Medicine
2740 W. Foster
Chicago, IL  606250000

Bob Lane
2700 Ogden Avenue
Downers Grove, IL  605150000

Waldent University
5230 Las Virgenes Rd
Calabasas, CA  913020000

Sterling Credit Corp
P O Box 675
Spring House, PA  194770000

Midland Funding, LLC Bankruptcy Dept.
8875 Aero Drive, &#035; 200
San Diego, CA  921230000

Sprint
Bankruptcy Dept.
P O Box 7949
Overland Park, KS  662070000

IC Systems
P.O.Box 64378
Saint Paul, MN  551640000

Cedar Financial
5230 Las Virgenes Road, Suite 210
Calabasas, CA  913020000

Ace Cash
327 w 4th Street
Hutchinson, KS  675040000

DeVry, Inc.
Bankruptcy Dept.
One Tower Lane, Suite 1000
Oakbrook Terrace, IL  601810000

National Credit Adjusters
327 W. 4th Ave.
Hutchinson, KS  675010000

Dupage County Courthouse
505 N. County Farm Road
Wheaton, IL  601870000

Cash Net USA
200 W. Jackson Suite 1400
Chicago, IL  606066941

AT&T Corp
&#037; AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Suite 3A104
Bedminster, NJ  079210000

Williams and Fudge
300 Chatham Avenue
Rock Hill, SC  297300000

IRS
PO Box 7346
Philadelphia, PA  191010000

Aes/frn Slt
Pob 61047
Harrisburg, PA  171060000

Santander Consumer USA Inc.
P.O. Box 560284
Dallas, TX  753560000